Andrew J. Getz, Appellee, v. Western Laboratories,
Appellant.

Gen. No. 23,213.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. JOHN F.
HAAS, Judge, presiding.   Heard in the Branch Appellate Court at
the March term, 1917.   Reversed.   Opinion filed March 12, 1918.

## Statement of the Case.

Action by Andrew J. Getz, plaintiff, against West-
ern Laboratories, a corporation, defendant, to recover
goods deposited with defendant under a contract.
From a judgment for plaintiff for $90.86, defendant
appeals.

CRUICE & LANGILLE, for appellant.

R. C. MERRICK, for appellee.

MR. JUSTICE MATCHETT delivered the opinion of the
court.

## Abstract of the Decision.

1. CONTRACTS, § 289*—*when contract terminable at will by either
party.*   Where an agreement between certain members of a volun-
tary association and a corporation, which provides for the pur-
chase of a share of stock in the corporation and a deposit with
the corporation of a certain amount in cash or merchandise by each
member, fixes no time for its termination, it may be terminated
at the will of either of the parties.

2. ASSOCIATIONS, § 6*—*when corporation liable to association
and not to individual members thereof on contract.*   By an agree-
ment between the majority of the members of a voluntary associa-
tion and a corporation it was stipulated that each of such members
would buy a share of stock in the corporation and also deposit
with the corporation $100 in cash or the equivalent in merchandise,

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same
topic and section number.

which was to be kept by the corporation as a separate account and used only to purchase such supplies as the association should from time to time direct. The corporation agreed to carry goods which had theretofore been carried by the association and to sell them to members at cost plus 2 per cent. In an action by a member against the corporation to recover the value of goods deposited by him under the agreement, *held* that the liability of the corporation, if any, was to the association and not to the individual members.

---

### John A. Devlin, by James Devlin, Appellee, v. Chicago City Railway Company, Appellant.

### Gen. No. 23,221.   (Not to be reported in full.)

Appeal from the Superior Court of Cook county; the Hon. JOSEPH SABATH, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1917. Affirmed. Opinion filed March 12, 1918.

### Statement of the Case.

Action by John A. Devlin, a minor, by James Devlin, his next friend, plaintiff, against Chicago City Railway Company, defendant, to recover for personal injuries due to a collision of one of defendant's cars with the wagon in which plaintiff was riding and which he was driving. From a judgment for plaintiff, defendant appeals.

FRANKLIN B. HUSSEY and WATSON J. FERRY, for appellant; W. W. GURLEY and J. R. GUILLIAMS, of counsel.

RICHARD J. FINN, for appellee.

MR. JUSTICE MATCHETT delivered the opinion of the court.